UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL TODD IRVING ) <br> ) <br> Defendant. ) | 3:09-CR-020-RCJ-RAM |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#49) on December 9, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: SIERRA NEVADA GUN CLUB
Amount of Restitution: $5,000.00

**Total Amount of Restitution ordered:** $5,000.00

Dated this _26th_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE